# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 297 WAL 2021 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| RODNEY STERLING MCGEE, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of April, 2022, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by petitioner, is:

> Does the Superior Court's continued application herein and elsewhere of its holding in *Commonwealth v. Jackson*, 30 A.3d 516 (Pa. Super. 2011), that a trial court's inherent jurisdiction to correct patent and obvious mistakes in its records and orders is subject to the time-bar provisions of the PCRA improperly constrict trial courts' jurisdiction, improperly expand the scope of the time-bar, and/or conflict with this Honorable Court's decision in *Commonwealth v. Holmes*, 933 A.2d 57 (Pa. 2007), which recognized that claims invoking said jurisdiction are not cognizable under the PCRA and thus not subject to the time-bar?